**LAW OFFICE OF EMILY DELEON**
Emily de Leon, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: emily@lawdeleon.com

Attorney for:
Rogelio Garcia

**FILED**

JAN 0 8 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

ROJELIO GARCIA

Defendants.

Case No. 1:19-CR-00266-LJO-SKO-1

<u>STIPULATION AND ORDER TO
CONTINUE PROPERTY BOND
COMPLIANCE DATE</u>

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE ERICA P. GROSJEAN; AND MELANIE L. ALSWORTH, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ROJELIO GARCIA, by and through his attorney of record, EMILY DELEON, hereby requesting that the compliance date for the property bond package be extended to January 15, 2020.

Mr. Garcia's sister, Virginia Barragan, has agreed to secure his bond by posting two of her properties. Ms. Barragan was diligent in requesting appraisals of the property, but due to the holidays and unavailability of the appraiser, did not receive them until January 4, 2020. My office then obtained the necessary PIRT report as soon as possible. Upon receiving this and speaking to the Government, we noticed a discrepancy between the amount of insurance and the appraisal amounts for one of the properties. Further, we noticed a discrepancy in the date of the title insurance policy for one of the properties. Ms. Barragan has contacted Chicago Title to address this. Given this, defense needs additional time to determine the accurate equity in each

1

property and accordingly prepare the Note and Deed of Trust and have the documents notarized.

**IT IS SO STIPULATED.**

Respectfully Submitted,
DATED: 01/07/20
*/s/ Emily deLeon*
EMILY DELON
Attorney for Defendant
ROJELIO GARCIA


DATED: 01/07/20
*/s/Melanie L. Alsworth*
MELANIE L. ALSWORTH
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED that the compliance date for the property bond be continued an additional week to January 15, 2020.

Date: 1/7/20

ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

2