LAW OFFICE OF EMILY DE LEON
Emily De Leon, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: emily@lawdeleon.com

Attorney for:
ROJELIO GARCIA

**FILED**
FEB 10 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROJELIO GARCIA,<br><br>Defendant | Case No.: 1:19-CR-00266-LJO-SKO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant Rojelio Garcia, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for any and all proceedings in this matter. Mr. Garcia agrees that his interests shall be represented at all times by the presence of his attorney Emily de León, the same as if Mr. Garcia were personally present. This court has the discretion under Rule 43(b)(2) to permit the defendant's absence.

Date: 02/07/20

                                              Rojelio Garica

Date: 02/07/20

                                  */s/ Emily de Leon*
                                  EMILY DE LEON
                                  Attorney for Defendant

## ORDER

Good cause appearing,

**IT IS ~~HEARBY~~ HEREBY ORDERED** the Court grants Defendant Garcia's request for waiver of his personal appearance for all proceedings in this matter consistent with Rule 43(b) of the Federal Rules of Criminal Procedure.

DATED:

_____
Judge Shelia Oberto