**LAW OFFICE OF EMILY DE LEON**
Emily de Leon, SBN 296416
1318 K Street
Bakersfield, CA 93301
(661) 331-0207
(661) 326-0936 (fax)
emily@lawdeleon.com

Attorney for Defendant
ROGELIO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ROGELIO GARCIA,<br><br>                    Defendant. | Case No. 1:19-cr-00266-NONE-SKO<br><br>**STIPULATION REGARDING PREPARATION OF PRE-PLEA REPORT BY THE PROBATION DEPARTMENT; ORDER**<br><br>Judge: Hon. Dale A. Drozd |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, ANGELA SCOTT, Assistant United States Attorney, counsel for plaintiff, and EMILY DE LEON, counsel for defendant Rogelio Garcia, that the United States Probation Department may prepare a Pre-Plea Presentence Investigation Report which will include an interview of the defendant. The purpose of this pre-plea report is to allow the defendant to enter his plea and be sentenced on the same date.

   Counsel have communicated with Anthony Andrews, a supervisor with the Probation Department, and he is in agreement with this procedure. The parties believe that allowing the defendant to change his plea and to be sentenced on the same day will be in the interest of justice and avoid potentially unnecessary incarceration in a local jail during the period normally spent between the Change of Plea and Sentencing.  Mr. Garcia has health issues that make incarceration in the local jail particularly concerning.

|   |   |   |   |
|---|---|---|---|
|   |   |   | Respectfully submitted, |
|   |   |   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: April 22, 2020 |   | By: | /s/Angela Scott<br>ANGELA SCOTT<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |   | EMILY DE LEON<br>Attorney at Law |
| DATED: April 20, 2020 |   | By: | /s/ Emily De Leon<br>EMILY DE LEON<br>Attorney for Defendant<br>ROGELIO GARCIA |

O R D E R

IT IS SO ORDERED. Good cause appearing, the United States Probation Office may prepare a Pre-Plea Presentence Investigation Report, including an interview of defendant Rogelio Garcia, consistent with its normal operating procedures.

IT IS SO ORDERED.

Dated:   **April 22, 2021**                             _____
UNITED STATES DISTRICT JUDGE