**LAW OFFICE OF EMILY DELEON**
Emily de Leon, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: emily@lawdeleon.com

Attorney for:
ROGELIO GARCIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff | Case No. 1:19-CR-00266-NONE |
|---|---|
| **ROJELIO GARCIA** Defendant. | DEFENDANT'S MOTION FOR RETURN OF COLLATERAL |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A. DROZD, UNITED STATES DISTRICT COURT JUDGE; KAREN A. ESCOBAR AND ANGELA L. SCOTT, ASSISTANT UNITED STATES ATTORNEYS:

Defendant Rojelio Garcia appeared before this Court on December 18, 2019 for a Bail Review Hearing.  He was released on several terms and conditions, one of which was that a full equity bond be posted on two properties owned by Virginia Barragan.  Ms. Barragan posted these bonds on February 24, 2020.

| 02/24/2020 | 33 | COLLATERAL RECEIVED as to Rojelio Garcia: Original Deed of Trust No. 220015013 from Virginia Barragan. (Lundstrom, T) (Entered: 02/24/2020) |
|---|---|---|
| 02/24/2020 | 34 | COLLATERAL RECEIVED as to Rojelio Garcia: Original Deed of Trust No. 220015014 from Virginia Barragan. (Lundstrom, T) (Entered: 02/24/2020) |

Mr. Garcia was sentenced to time served on July 15, 2021.  Docket Number 69.

This Court remains in possession of the original deeds of trust referenced in Docket Numbers 33 and 34. Since Mr. Garcia has been sentenced and is no longer on pre-trial release, it is requested that these deeds be returned to Ms. Barragan.

DATED: 07/26/21

Respectfully Submitted,
*/s/ Emily de León*
EMILY DELON
Attorney for Defendant
ROJELIO GARCIA

## **ORDER**

IT IS HEREBY ORDERED that the Clerk of the Court return the Original Deeds of Trust received on February 24, 2019. (No. 220015013 and No. 220015014) to Virginia Barragan.

IT IS SO ORDERED.

Dated: **July 26, 2021**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

2